Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
Dana Zokaeim (State Bar No. 307406)
Email: dzokaeim@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: 310.388.4849
Fax: 310.388.4869

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA NICHOLSON, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST AIRLINES CO.; DOES 1 to 20, <br><br> Defendants. | Case No.: 2:23-cv-10506 <br><br> **SOUTHWEST AIRLINES CO.'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Southwest Airlines Co., certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Southwest Airlines Co.;

2. Vanguard Group Inc.; and

3. United States Aviation Underwriters, Inc. as aviation managers for and on

behalf of the member companies of United States Aircraft Insurance Group, and by the other co-insurers of the aviation liabilities of Southwest Airlines.

Dated: December 15, 2023

By: _____
Richard A. Lazenby
Michael Cutler
Dana Zokaeim
VICTOR RANE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S NOTICE OF INTERESTED PARTIES
CASE NO.: 2:23-CV-10506
- 2 -